**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 07-cr-00076-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    TROY HANSEN,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding Defendant Hansen is set **April 20, 2007 at 2:15 p.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado. Defendant must be present.

Dated: March 28, 2007